THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| ROY VALDEZ, <br> Plaintiff, <br><br> v. <br><br> OCCIDENTAL FIRE & CASUALTY <br> COMPANY OF NORTH CAROLINA, <br> Defendant. | § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § | <br><br><br> CIVIL ACTION NO. _____ <br><br><br><br><br> JURY DEMANDED |

**DEFENDANT OCCIDENTAL FIRE & CASUALTY COMPANY OF NORTH CAROLINA'S NOTICE OF REMOVAL**

TO THE HONORABLE COURT:

Pursuant to 28 U.S.C. §§ 1332, 1441 and 1446, Defendant Occidental Fire & Casualty Company of North Carolina ("Occidental"), in Cause No. 24-CV-0376, pending in the 10th District Court of Galveston County, Texas, files this Notice of Removal from that court to the United States District Court for the Southern District of Texas, Galveston Division, on the basis of diversity of citizenship and respectfully shows the following:

**I. FACTUAL BACKGROUND**

1.1     On or about March 6, 2024, Plaintiff filed his Original Petition in the matter styled *Roy Valdez v. Occidental Fire & Casualty Company*, in the 10th District Court of Galveston County, Texas, involving a claim for damages to his property under a homeowner's insurance policy. *See* Ex. A, Pl.'s Original Pet. at Sect. VII-IX.

1.2     Plaintiff served Occidental with process and Plaintiff's Original Petition on March 12, 2024. *See* Ex. A, Pl.'s Original Pet. at p. 1.

1

1.3     Plaintiff's Original Petition states that during the terms of his insurance policy with Occidental, Plaintiff's property sustained a "significant loss" due to an unspecified event. Plaintiff subsequently filed a claim on his insurance policy. *See* Ex. A, Pl.'s Original Pet. at Sect. VII.

1.4     Plaintiff's Original Petition states that the damages were covered under the insurance policy Plaintiff bought from Occidental and that Occidental inadequately investigated and denied the loss. *See id.*

1.5     The Index of Matters Being Filed is attached as Exhibit B to this Notice of Removal. A copy of the Galveston County District Clerk's file for this case is also attached as Exhibit C and includes true and correct copies of all executed process, pleadings, and orders. A Designation of Counsel is attached as Exhibit D. Plaintiff's Demand Letter is attached as Exhibit E. The state court Docket Sheet is attached as Exhibit F.

## II.     BASIS FOR REMOVAL

2.1     Removal is proper based upon diversity of citizenship under 28 U.S.C. §§ 1332, 1441(a) and 1446.

2.2     At the time the lawsuit was filed, Plaintiff was a resident of the State of Texas. *See* Ex. A, Pl.'s Original Pet. at Sect. IV.

2.3     Defendant Occidental is incorporated as a North Carolina-domiciled insurance company and has its principal place of business in Raleigh, North Carolina. Accordingly, Occidental is not a citizen of Texas.

**A.     Complete diversity exists between Occidental and Plaintiff.**

2.4     The only Plaintiff in this matter is a citizen and resident of Texas. The only Defendant in this matter is Occidental, which is a foreign entity domiciled in North Carolina and with its principal place of business in North Carolina. As such, complete diversity exists, and

removal is proper based upon diversity of citizenship. *See* 28 U.S.C. §§ 1332(a)(1), 1441(a), & 1446.

**B.     Amount in Controversy**

2.5     Federal courts have subject matter jurisdiction over actions between citizens of different states in which the amount in controversy exceeds $75,000. 28 U.S.C. § 1332(a)(1); *Gebbia v. Wal-Mart Stores, Inc.*, 233 F.3d 880, 882 (5th Cir. 2000). Generally, the amount in controversy for the purposes of establishing federal jurisdiction is determined by the Plaintiff's complaint. *De Aguilar v. Boeing Co.*, 47 F.3d 1404, 1411-12 (5th Cir. 1995).

2.6     In his Petition, Plaintiff states that he "seeks only monetary relief of $250,000 or less, excluding interest, statutory or punitive damages and penalties, and attorney's fees and costs." Ex. A, Pl.'s Original Pet. at Sect. V.

2.7     Further, in Plaintiff's post-suit Demand Letter, Plaintiff specifically alleges economic damages of $83,579.78. *See* Ex. E at p. 1.

2.8     Because Plaintiff has prayed for damages in excess of $75,000, and has specifically demanded damages in excess of $75,000, the damages at issue in this case clearly exceed the jurisdictional threshold. This case may be properly removed to federal court.

### III.     REMOVAL IS PROCEDURALLY CORRECT

3.1     Defendant Occidental was first served with Plaintiff's Original Petition and process on March 12, 2024. Thus, by filing its Notice of Removal and accompanying documents on this date, Defendant Occidental files its Notice of Removal within the thirty-day time period prescribed by 28 U.S.C. § 1446(b).

3.2     Venue is proper in this District and Division under 28 U.S.C. §1446(a) because this District and Division include the county in which the state action has been pending and because a

substantial part of the events giving rise to Plaintiff's claims allegedly occurred in this District and Division.

3.3     Pursuant to 28 U.S.C. § 1446(d), promptly after Occidental files this Notice, written notice of the filing will be given to Plaintiff, the adverse party.

3.4     Pursuant to 28 U.S.C. § 1446(d), a true and correct copy of this Notice of Removal will be filed with the Clerk of the Galveston County Court promptly after Occidental files this Notice.

## IV.     CONCLUSION

4.1     Based on the foregoing, the exhibits submitted in support of this Notice, and other documents filed contemporaneously with this Notice and fully incorporated herein, Defendant Occidental Fire & Casualty Company of North Carolina hereby removes this case to this Court for trial and determination.

Respectfully submitted,

*/s/ Connor R. Adamson*
Connor R. Adamson
State Bar No. 24116002
Southern Dist. Bar No. 3472665
cadamson@gnqlawyers.com
*Attorney-in-Charge*

Thomas F. Nye
State Bar No. 15154025
Southern Dist. Bar No. 7952
tnye@gnqlawyers.com
Catrina L. Guerrero
State Bar No. 24108893
Southern Dist. Bar No. 3621401
cguerrero@gnqlawyers.com
*Of Counsel*

GAULT, NYE & QUINTANA, L.L.P.
P.O. Box 6666

Corpus Christi, Texas, 78466
Telephone: (361) 654-7008
Telecopier: (361) 654-7001

ATTORNEYS FOR DEFENDANT
OCCIDENTAL FIRE & CASUALTY COMPANY
OF NORTH CAROLINA

## CERTIFICATE OF SERVICE

I, Connor R. Adamson, certify that on April 10, 2024, a copy of Defendant Occidental Fire & Casualty Company of North Carolina's Notice of Removal was *electronically filed* on the CM/ECF system, and will be served on the following attorney in charge for Plaintiff:

**VIA EMAIL**
Eric B. Dick
Dick Law Firm, PLLC
Email: eric@dicklawfirm.com

                                              */s/ Connor R. Adamson*
                                              Connor R. Adamson